

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2022

No. 04-20-00562-CV

James D. **SCUDDAY**,
Appellant

v.

Austin **KING**, Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary
La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Sitting:   Rebeca C. Martinez, Chief Justice
          Luz Elena D. Chapa, Justice
          Beth Watkins, Justice

Appellant's motion for rehearing is **DENIED**.  *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 29th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court